1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICIA BARNETT, a married individual,

        Plaintiff,

      v.

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC., a Delaware
corporation,

        Defendant.

Case No. C05-5534FDB

ORDER

    Plaintiff moved for an extension of time in which to file the Joint Status Report and Defendant joined in the motion.  The Joint Status Report having been filed, and the motion [Dkt. # 8] is Moot.

    DATED this 6th day of March, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1